Matter of Schiesel (2023 NY Slip Op 06586)

Matter of Schiesel

2023 NY Slip Op 06586

Decided on December 21, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 21, 2023

PM-280-23
[*1]In the Matter of Dolores Reynolds Schiesel, an Attorney. (Attorney Registration No. 2572238.)

Calendar Date:December 18, 2023

Before:Garry, P.J., Clark, Reynolds Fitzgerald, Fisher and McShan, JJ.

Dolores Reynolds Schiesel, South Kent, Connecticut, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Dolores Reynolds Schiesel was admitted to practice by this Court in 1993 and lists a business address in Kent, Connecticut with the Office of Court Administration. Schiesel now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Schiesel's application.
Upon reading Schiesel's affidavit sworn to November 13, 2023 and filed November 16, 2023 and upon reading the December 14, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Schiesel is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Garry, P.J., Clark, Reynolds Fitzgerald, Fisher and McShan, JJ., concur.
ORDERED that Dolores Reynolds Schiesel's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Dolores Reynolds Schiesel's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Dolores Reynolds Schiesel is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Schiesel is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Dolores Reynolds Schiesel shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.